IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **M. ELIZABETH BRODERICK**, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:08-CV-1075-L** |
| | § | |
| **WARDEN ELAINE CHAPMAN, et al.**, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the court are the Findings, Conclusions and Recommendation of the United States Magistrate Judge (the "Report"), filed March 12, 2009.* United States Magistrate Judge Paul D. Stickney recommends transferring this case to the Fort Worth Division of the Northern District of Texas because Plaintiff complains of her treatment at Carswell Federal Medical Center, which is located in Fort Worth. Plaintiff did not file objections.

Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions are **correct**, and are therefore **accepted** by the court. The court hereby **transfers** this case to the Fort Worth Division of the Northern District of Texas pursuant to 28 U.S.C. § 1404(a).

---

*On the same day, the magistrate judge dismissed without prejudice Plaintiff's claims against several Defendants, including United States District Judges John McBryde and Terry Means. This court previously rejected the magistrate judge's recommendation to transfer the case to Fort Worth because Plaintiff had claims against these Defendants. As she has not brought claims against them in her amended complaint, transfer is now appropriate.

**Order – Page 1**

**It is so ordered** this 27th day of March, 2009.

_____
Sam A. Lindsay
United States District Judge